IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| PATRICIA TREVINO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:11-1139 |
| ) | Judge Trauger |
| AUSTIN PEAY STATE UNIVERSITY, ) | |
| ) | |
| Defendant. ) | |

**O R D E R**

Given the pendency of a Motion to Dismiss, it is hereby **ORDERED** that the initial case management conference scheduled for March 16, 2012 is **CONTINUED**, to be reset, if appropriate, after disposition of this motion.

It is so **ORDERED**.

ENTER this 2nd day of March 2012.

_____
ALETA A. TRAUGER
U.S. District Judge