# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| PATRICIA TREVINO, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AUSTIN PEAY STATE UNIVERSITY, )<br>)<br>Defendant. ) | Civil No. 3:11-1139<br>Judge Trauger |

## **O R D E R**

Given the pendency of a Motion to Dismiss, it is hereby **ORDERED** that the initial case management conference scheduled for March 16, 2012 is **CONTINUED**, to be reset, if appropriate, after disposition of this motion.

It is so **ORDERED**.

ENTER this 2nd day of March 2012.

_____
ALETA A. TRAUGER
U.S. District Judge