UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| PATRICIA TREVINO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 3:11-cv-01139 |
| v. ) | |
| ) | Judge Aleta A. Trauger |
| AUSTIN PEAY STATE UNIVERSITY, ) | |
| ) | |
| Defendant. ) | |

## ORDER

For the reasons stated in the accompanying Memorandum, the defendant's Motion to Dismiss (Docket No. 6) is **GRANTED**. All claims by the plaintiff are hereby **DISMISSED**. Entry of this order constitutes judgment in the case.

It is so **ORDERED**.

Enter this 19th day of March 2012.

_____
ALETA A. TRAUGER
United States District Judge